Michael ATHANASIADES, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 85428.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 17, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 28, 2005.

Michael Athanasiades, Mineral Point,
pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY,
P.J., LAWRENCE G. CRAHAN and
MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

Michael Athanasiades appeals from the circuit court's dismissal of his Rule 74.06(d) motion to set aside a judgment in a prior Rule 29.15 proceeding. We have reviewed the parties' briefs and the record on appeal, and find no error. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b)(5).